## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Jeremy Weber,

        Plaintiff,        Civil No. 10-2142 (RHK/RLE)

vs.        **ORDER**

The Travelers Home and Marine Insurance Co.,

        Defendant.

---

This matter is venued in the Sixth Division.

All proceedings before the undersigned (motions, trial, etc.) will be held in the United States Courthouse in Fergus Falls, Minnesota, unless otherwise directed by the Court.

Dated: May 28, 2010

        s/Richard H. Kyle
        RICHARD H. KYLE
        United States District Judge